PROB 12C

(7/93)

FILED
MAY 0 5 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

*United States District Court*

for

<u>WESTERN DISTRICT OF TEXAS - WACO</u>

*Petition for Warrant or Summons for Offender Under Supervision*

Name of Offender: **Isidro Domingo Rodriguez** Case Number: **W-05-CR-134(01)**

Name of Sentencing Judicial Officer: **Walter S. Smith, Jr.,
                                      Chief U.S. District Judge**

Date of Original Sentence: **October 14, 2009**

Original Offense: **Possession With Intent to Distribute Cocaine, 21 U.S.C. 841(a)(1) & 841(b)(1)(C)**

Original Sentence: **Thirty-four months confinement, concurrent with State sentence in Cause 2005-658-C, and consecutive to State sentence in Cause S-08-3187CR; three-year term of supervised release; $100 special assessment; $1,000 fine; mandatory drug testing & drug aftercare**

Maximum Term of Confinement Upon Revocation: **Two years**

Type of Supervision: **Sup'v Release**    Date Sup'v Commenced: **May 20, 2013**

Asst. U.S. Att'y: **Stephanie Smith-Burris** Def. Att'y: **Norman E. Lanford, Sr.**

---

### PREVIOUS COURT ACTION

July 9, 2013- Probation Form 12B, *Request for Modifying the Conditions or Term of Supervision with Consent of the Offender*; fine payments set at $30/month

---

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U. S. District Court.
By: _____
                Deputy

## PETITIONING THE COURT

[X] To issue a warrant                    [] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number 1: Nature of Noncompliance:** Rodriguez violated Standard Condition Number 11; in that, he failed to notify the U.S. Probation Officer within seventy-two hours of being arrested or questioned by law enforcement, which occurred on April 23, 2014.

**Violation Number 2: Nature of Noncompliance:.** Rodriguez violated Standard Condition Number 3; in that, he failed to follow the instructions of the Probation Officer, by failing to report on May 1, 2014, as he had been instructed by U.S. Probation Officer Bell on April 3, 2014.

Approved by:                               Respectfully submitted,

*[signature]*                              *[signature]*

LA DONNA JACKSON REYNA                     TIMOTHY R. BELL
Supervising U. S. Probation Officer        Sr. United States Probation Officer
Date: May 1, 2014                          May 1, 2014

THE COURT ORDERS:

☐ No Action

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

_____
Walter S. Smith, Jr.
United States District Judge

Date _____5/2/14_____